

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2025

No. 04-24-00469-CV

Ericka B. **FISCHER**,
Appellant

v.

**TALAVERA LUXURY APARTMENTS, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV02554
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

Sitting:      Irene Rios, Justice
               Lori Massey Brissette, Justice
               H. Todd McCray, Justice

In accordance with this court's opinion of this date, the county court's June 21, 2024 order denying appellant Ericka B. Fischer's motion for new trial is VACATED, this appeal is ABATED, and the cause is REMANDED to the trial court with instructions to enter an order ruling on Fischer's motion for new trial on the merits no later than thirty days from the date of this order. The trial court clerk is ORDERED to file a supplemental clerk's record containing the trial court's order in this court no later than forty days from the date of this order.

It is so **ORDERED** on July 2, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court